AUGUST 10, 1965

**No. 69512.**—APPEAL 5161.—United States v. Gehrig Hoban & Co., Inc., and Hudson Basic Machinery Corp. et al.— —C.D. 2414 reversed April 8, 1965. C.A.D. 853.

**No. 69513.**—APPEAL 5164.—Chr. Bjelland & Co., Inc. v. United States.— —A.R.D. 161 affirmed April 22, 1965. C.A.D. 855.

BEFORE THE SECOND DIVISION, AUGUST 16, 1965

**No. 69514.**—Victor England Agencies, Inc., et al. v. United States, protests 64/25384, etc. (Los Angeles).

Opinion by RAO, C. J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

**No. 69515.**—Gallagher & Ascher Co. v. United States, protests 60/30768–11529 and 61/11121–12107 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of paper cup-making machinery and parts thereof (the parts being essential for and dedicated to use on said machinery) similar in all material respects to those the subject of Abstract 68823, the claim of the plaintiff was sustained.